1  BETH A. HUBER (SBN 184702)
   HUBER LAW FIRM
2  1104 Lincoln Ave.
   San Rafael, California 94901
3  Telephone: (415) 456-4411
   Facsimile:  (415) 456-3811
4
   Attorneys for Plaintiff ANTHONY PAGANO

**FILED**
APR 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
APR 0 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAGANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARDINALE AUTOMOTIVE, VAL STROUGH CYPRESS COAST AUTOMOTIVE GROUP, LOVE CHEVROLET, and VICTORY TOYOTA,<br><br>Defendants. | CIV. NO. C-04-05200 RS<br><br>**REQUEST TO DISMISS CIVIL MATTER AND ORDER** |

Plaintiff ANTHONY PAGANO ("Plaintiff") hereby dismisses with prejudice his federal civil complaint No C-04-05200 RS filed in the above matter against all four named Defendants in that the parties have reached an amicable, voluntary settlement, the terms and conditions of which are confidential.

DATED: March 30, 2006      THE HUBER LAW FIRM

By: _____
    BETH A. HUBER
    Attorneys for Plaintiff ANTHONY PAGANO

REQUEST TO DISMISS CIVIL MATTER AND ORDER

| | |
|---|---|
| 1 | |
| 2 | IT IS SO ORDERED |
| 3 | DATED: ~~March~~ *April 4* __, 2006 |
| 4 | RICHARD SEEBORG<br>UNITED STATES MAGISTRATE JUDGE |

REQUEST TO DISMISS CIVIL MATTER AND ORDER